# STATE OF ALABAMA
## DEPARTMENT OF REVENUE

### CERTIFICATE OF TITLE FOR A VEHICLE 0814

| TITLE NO. | VEHICLE IDENTIFICATION NUMBER | TRANS. CODE | DATE ISSUED |
|---|---|---|---|
| 23173942 | H206514G | 01 | 09/04/1998 |

| YR. MODEL | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO. |
|---|---|---|---|---|
| 1998 | HORTON | MIRAGE II | HT | |

| CYL | NEW | USED | DEMO | PURCHASE DATE | NO. LIENS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 00 | | XX | | 03/24/1998 | 1 | WHITE | |

**NAME(S) AND MAILING ADDRESS OF OWNER(S)**

TUBBS OBIE L JR & TAMMY

RT 1 BOX 2630
MARION     AL 36756

**RESIDENT ADDRESS IF DIFFERENT**

**MAIL TO**

BAHS BANK OF AMERICA FSB
P O BOX 11458
PENSACOLA     FL 32524-1458

**LEGEND(S)**

**RELEASE OF LIEN**
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien described in said Certificate of Title is released and discharged.

_____
First Lienholder

**1ST LIENHOLDER'S NAME ADDRESS AND LIEN DATE** 03/24/1998

BAHS BANK OF AMERICA FSB
P O BOX 11458
PENSACOLA     FL 32524

By _____
Signature of Authorized Agent

Date_____

**2ND LIENHOLDER'S NAME ADDRESS AND LIEN DATE**

_____
Second Lienholder

By _____
Signature of Authorized Agent

Date_____

This certificate serves as an official document of the Department of Revenue and prima facie evidence that an application for certificate of title has been made for the vehicle described herein, pursuant to the provisions of the Motor Vehicle laws of this state, and the applicant named on the face hereof has been duly recorded as the lawful owner of the vehicle so described. Further, the said vehicle is subject to the security interest by lien(s) shown hereon, if any. But, said described vehicle may be subject to a mechanic's lien or a lien given by statute to the United States, this State or any political subdivision of this State or other encumbrances not required to be filed with this Department.

**CONTROL NUMBER**
21634149

**COMMISSIONER OF REVENUE**

KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE